# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In Re Jeffrey A. Marcolina,

Debtor

Jeffrey A. Marcolina,

Appellant,

v.

Seiloff & Associates, P.A.

Appellee.

Case No. Civil 00-1038 MJD
**JUDGMENT IN A CIVIL CASE**

Bky File No. 97-37274

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Bankruptcy Court Judge Gregory F. Kishel's order and final judgment dated March 14, 2000 is affirmed.

DATE: January 22, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(8)